# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 594 EAL 2014
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
ALVAN WILSON, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.